UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL JOSEPH FREEMAN,

    Plaintiff,

v.                                            Case No. 3:23cv24623-MCR-HTC

RANDY JAY SHEEN, et al.,

    Defendants.
_____/

## ORDER

Plaintiff Paul Joseph Freeman, proceeding *pro se*, initiated this case by filing a civil rights complaint on October 5, 2023. Doc. 1. A review of the docket indicates there has been no activity in this case for more than 90 days. Freeman must prosecute his case or it may be dismissed.[1] *See Jones v. Gadsden Cnty. High Sch.*, 2021 WL 5145270, at *1 n.2 (11th Cir. Nov. 5, 2021) (noting a district court may dismiss a case *sua sponte* because of the plaintiff's failure to prosecute).

Accordingly, it is ORDERED:

1. Freeman shall have **twenty-one (21) days** from the date of this Order to take action to prosecute this case.

---

[1] Freeman is reminded that it is his responsibility to ensure the summons and complaint were served in compliance with Fed. R. Civ. P. 4.

2. Freeman's failure to comply with this Order will result in a recommendation that this case be dismissed due to his failure to prosecute.

DONE AND ORDERED this 23rd day of May, 2024.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:23cv24623-MCR-HTC